JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KLAUBER BROTHERS, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOLL SWIMWEAR, LLC, individually and doing business as "DOLL.com", a California limited liability company; and DOES 1 through 10,<br><br>Defendants. | Case No: 2:22-cv-00328-AB-RAO<br>*Hon. André Birotte Jr. Presiding*<br><br>[~~PROPOSED~~] **ORDER ON RESPONSE TO ORDER TO SHOW CAUSE AND NOTICE OF SETTLEMENT** |
|---|---|

Plaintiff has advised the Court that all claims asserted herein have been settled in principle. The Court therefore **ORDERS**:

1. The August 30, 2022, Order to Show Cause (Dkt. 25) is hereby DISCHARGED;
2. This action is hereby dismissed without costs, and without prejudice to the right to reopen the action within forty-five (45) days of the date of this Order if the settlement is not consummated;
3. The Court will retain jurisdiction for the sole purpose of enforcing the settlement agreement; and

| | |
|---|---|
| 1 | 4. All pending dates and deadlines are vacated. |
| 2 | SO ORDERED. |

Dated: September 29, 2022        By: _____
                                    Hon. André Birotte Jr
                                    United States District Judge